IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRION TROY GAINS,

    Petitioner,                      No. CIV S-03-0059 LKK EFB P

    vs.

SCOTT KERNAN, Warden,

    Respondent.                    ORDER

_____/

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Presently under consideration is petitioner's April 14, 2008, request for greater access to the prison's law library. For the reasons explained below, the motion must be denied.

      As noted, petitioner proceeds without counsel. Under submission awaiting decision are the petition, answer and reply. Thus, petitioner is not under a present obligation to submit documents within a time certain. In his motion, petitioner alleges that a fellow prisoner assisted him in preparing and filing his petition and reply. He notes that this other prisoner no longer is housed at the same prison as the petitioner. Consequently, petitioner wishes to become more familiar with habeas law and the standards contained in 28 U.S.C. § 2254(d) and (c)(3). He therefore requests that the court issue an order granting him "reasonable access" to the prison law library.

1

1       As noted, the matter is submitted for decision and there are no upcoming filing dates.

2 Petitioner cannot demonstrate that his right of access to the courts is being impaired. *See Lewis*

3 *v. Casey*, 518 U.S. 343, 346, 384 (1996).

4       Accordingly, it is ORDERED that petitioner's April 14, 2008, motion is denied.

5 Dated: July 10, 2008.

*[signature]*

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE